■ (A) In the Matter of the Claim of ALVIN J. WESSELS, Appellant, v. FULTON COUNTY HIGHWAY DEPARTMENT, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. (B) In the Matter of the Claim of JOHN PUCCIO, Respondent, v. GENERAL CABLE CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent. (C) ELMER SPEEDLING, an Infant, by ELMER B. SPEEDLING, His Guardian ad Litem, et al., Plaintiffs, v. ANTHONY PAMPINELLA, Defendant. (D) PEERLESS CASUALTY COMPANY, Appellant, v. JOHN BORDI, Respondent. (E) JOSEPH F. RINAUDO et al., Respondents, v. ANTHONY PALMERI, Appellant. (F) MARGARET CAMMAROTA, Respondent, v. EDWARD CAMMAROTA, Appellant. (G) BARTOLOMEO USTICANO, Appellant, v. VINCENT TRACEY, Respondent. (H) FLORENCE F. FAAS as Administratrix of the Estate of CHARLES T. FAAS, Deceased, Respondent, v. GENERAL ACCIDENT FIRE AND LIFE INSURANCE CO. LTD., Appellant. (I) In the Matter of the Claim of GEORGE LAWRENCE, Appellant, v. U. S. SEABOARD TERMINAL AND REFRIGERATION Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (J) RAYMOND BURNASH, Appellant, v. WILLIAM E. DUNN et al., Respondents. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Appellant, v. WILLIAM E. DUNN et al., Respondents. (K) JOSEPH BISKUPICK, Plaintiff, v. CLIFFORD VAN DYKE, Defendant. (L) In the Matter of the Construction of the Will of MICHAEL G. FARHART, Deceased. In the Matter of the Estate of MICHAEL G. FARHART, Deceased. (M) ADELE PACELLI et al., Respondents, v. ANTONETTE CASTANO et al., Appellants.— Motion to dismiss appeal granted, without costs.

unless appellant[s] perfect[s] appeal, file[s] note of issue, and file[s] and serve[s] record and brief on or before February 15, 1961, and is [are] ready for argument at the March Term of this court, in which event the motion is denied.